IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ARGOS PORTS (HOUSTON) LLC        CIVIL ACTION NO.: 4-18-cv-00327

    Plaintiff

versus

KIRBY INLAND MARINE, LP and
GREENS BAYOU FLEETING, LLC

    Defendant

## JOINT STATUS REPORT

Pursuant to the Court's Order dated September 9, 2021 (R. Doc. 361), the undersigned parties, Argos Ports (Houston) LLC and Kirby Inland Marine, LP, participated in a mediation on October 13, 2021, with Mr. Lou Selig. Despite good faith efforts by both parties, the mediation proved unsuccessful and the parties were unable to reach a settlement of the matter.

[*Signatures on following pages.*]

Dated: December 13, 2021         Respectfully submitted,

*/s/ Jefferson R. Tillery*
JEFFERSON R. TILLERY
Attorney-in-Charge
Southern District of Texas Bar No. 295817
MARC C. HEBERT
Southern District of Texas Bar No. 575265
Jones Walker LLP
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8616
Facsimile:      (504) 582-8015
jtillery@joneswalker.com
mhebert@joneswalker.com

-and-

JUSTIN J. MAROCCO (*pro hac vice*)
Jones Walker LLP
445 North Blvd., Suite 800
Baton Rouge, Louisiana 70802
Telephone: (225) 248-2415
Telecopier: (225) 248-3115
jmarocco@joneswalker.com

**Attorneys for Plaintiff Argos Ports (Houston) LLC**

Dated: December 13, 2021               Respectfully submitted,

/s/ John K. Spiller
**BIJAN R. SIAHATGAR**
Federal ID No. 13796
**JOHN K. SPILLER**
Federal ID No. 13993
**CLARK HILL STRASBURGER**
909 Fannin Street, Suite 2300
Houston, Texas 77010-4035
(713) 951-5600
(713) 951-5631
John.spiller@clarkhillstrasburger.com
bijan.siahatgar@clarkhillstrasburger.com

*Attorneys for Third-Party Plaintiff Kirby Inland Marine, LP, and Defendant Greens Bayou Fleeting, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by filing the same in this Court's CM/ECF system this 13th day of December, 2021.

/s/ Jefferson R. Tillery